IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

CHARLES MURPHY,

                Plaintiff,

v.                                CIVIL ACTION NO. 3:20-0409

CORPORAL AKERS;
SGT. FERGESON;
CORPORAL HENDRICKS;
ASHLEY VALLANDINGHAM;
COI TAYLOR LITTLEJOHN and
COI SHAN CHAFFIN,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Plaintiff's Letter-Form Motion for Entry of Default Judgment Against Ashley Vallandingham. ECF No. 62. No objections to the Magistrate Judge's findings and recommendation have been filed.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's Letter-Form Motion for Entry of Default Judgment Against Ashley Vallandingham, consistent with the findings and recommendation.

       The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                              ENTER:      June 9, 2021

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE